

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| THOMAS HEARREAN, | § | No. 08-13-00338-CR |
| Appellant, | § | Appeal from the |
| v. | § | County Criminal Court No. 5 |
| THE STATE OF TEXAS, | § | of Denton County, Texas |
| State. | § | (TC# F-2012-1033-E) |
| | § | |

## O R D E R

The Court GRANTS the State's Motion to Transfer Exhibit to the Court of Appeals.

Therefore, the Court ORDERS the Official Court Reporter for the County Criminal Court No. 5 of Denton County, Texas, to electronically submit a supplemental reporter's record with State's Exhibit 1 which is an audio/video recording. The supplemental reporter's record is due with this Court on or before July 25, 2014.

IT IS SO ORDERED this 25th day of June, 2014.

PER CURIAM

Before McClure, C.J., Rivera and Rodriguez, JJ.